REQUEST FOR COURT ACTION / DIRECTION

TO:      James Molinelli
         Clerk's Office

**07CRIM 953**

FROM:    Thomas A. Frankelis
         U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 2 2007

OFFENSE: CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD [18 USC 1029(b)(2)]

ORIGINAL SENTENCE: Thirty-three (33) months imprisonment.; thirty-six (36) months supervised release. The defendant shall receive credit for time served since October 17, 2006, which is when the defendant was remanded into custody pending transport to Washington, D.C. The defendant shall also receive credit for nine months of time served on the Albany, New York case, case number 99-129.

SPEC. CONDITIONS:
$100.00 Special Assessment
1. The defendant with 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the United States Probation Office in the district to which the defendant is released. While on supervision, the defendant shall not possess a firearm or other dangerous weapon. The defendant shall not use or possess an illegal controlled substance, and the defendant shall not commit another federal, state, or local crime. The defendant shall also abide by the general conditions of supervision adopted by the United States Probation Office, as well as the following conditions.
2. The defendant shall, pursuant to 42 USC 14135a, for all felony offenses, submit to the collection and use DNA identification information while incarcerated in the Bureau of Prisons, or at the direction of the United States Probation Office.
3. The defendant shall participate in, and successfully complete, a residential and/or out-patient substance treatment program, which may include drug testing and detoxification service, as approved and directed by the United States Probation Office.
4. The United States Probation Office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court.

| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office | OFFENSE: <u>CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD [18 USC 1029(b)(2)]</u> |
| RE:: | <u>Jones, Michael</u><br>a.k.a. Mark Douglas Geurts<br>Docket # <u>CR 98-426</u> | |

DATE OF SENTENCE:   <u>May 29, 2007</u>

DATE:   October 3, 2007

ATTACHMENTS:    PSI <u>X</u>    JUDGMENT <u>X</u>
REQUEST FOR:    COURT DIRECTION <u> X </u>

## REQUEST FOR ACCEPTANCE OF JURISDICTION

This offender was sentenced in the District of Columbia on May 29, 2007, as outlined above. He was released from custody on June 28, 2007 to commence his supervised release term. On September 24, 2007, the District of Columbia initiated a transfer of jurisdiction with their Court, based on his permanent residence in this district.

Enclosed, please find Probation Form 22s, signed on September 10, 2007 by the Honorable Paul L. Friedman, U.S. District Judge for the District of Columbia, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Probation 22), be endorsed and returned to our office.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Thomas A. Frankelis
U.S. Probation Officer
212-805-5162

Approved By: _____
Avriel G. George                Date:
Supervising U.S. Probation Officer

/dg
Enclosures